**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | |
|---|---|
| **CAMERON JACKSON,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | )   **CAUSE NO.  3:04-CV-723 AS** |
|   v. | ) |
| | ) |
| **ST. JOSEPH COUNTY JAIL,** | ) |
| | ) |
|     **Defendant.** | ) |

*OPINION AND ORDER*

Cameron Jackson, a *pro se* prisoner, filed a one page motion pursuant to FED. R. CIV. P. 60 claiming to have obtained newly discovered evidence. Mr. Jackson's complaint alleging an excessive use of force was dismissed because it was filed after the expiration of the statute of limitations. The discovery of new evidence is irrelevant; those claims are forever barred.

For the foregoing reasons, the motion (docket # 10) is **DENIED**.

**IT IS SO ORDERED.**

**ENTERED: November 30 , 2005**

                                             **S/ ALLEN SHARP**
                                         **ALLEN SHARP, JUDGE
                                         UNITED STATES DISTRICT COURT**